IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WASEEM DAKER, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| vs. ) | Case No. CV6:16-57 |
| ) | USCA No. 17-11418-DD |
| HOMER BRYSON et al., ) | |
| ) | |
| Defendants-Appellees, ) | |
| ) | |
| ) | |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

SO ORDERED, this 3rd day of December, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA